# BELDOCK LEVINE & HOFFMAN LLP

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016-1601

MYRON BELDOCK
CYNTHIA ROLLINGS
JONATHAN MOORE*▲
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT◊

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JODY L. YETZER

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (RETIRED)

ALSO ADMITTED IN:
*CALIFORNIA
▲ILLINOIS
◊NEW JERSEY

REF: 90000.093

WRITER'S DIRECT DIAL:
212-277-5875

November 11, 2016

**VIA ECF AND FACSIMILE**
Hon. Ramon E. Reyes Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, N208
Brooklyn, New York 11201
Fax: (718) 613-2125

    Re:   *Luckey v. City of New York et al.*, 14-cv-1571 (CBA) (RER)–
           Request for an Extension of Time to File Stipulation of Settlement and Order of Dismissal

Dear Magistrate Judge Reyes:

    We represent Plaintiff Stefon Luckey in the above referenced matter. On October 11, 2016, the parties met with Your Honor and reached a settlement agreement. On that same date, Your Honor ordered that a Stipulation of Dismissal addressed to Judge Amon be submitted by no later than today, November 11, 2016.  Plaintiff drafted the stipulation of settlement and order of dismissal and was able to obtain a signed agreement from counsel for Defendant Sergeant Jared Hospedales. Plaintiff made numerous attempts to reach Ms. Elissa Jacobs, counsel for the remaining Defendants. On October 31, 2016, Ms. Jacobs informed us that she had a family emergency and had been out of the office for several weeks. She indicated that she would do her best to respond as soon as possible. However, Ms. Jacobs has not yet responded to Plaintiff's numerous e-mails or phone calls. As a result, we were not able to receive a fully executed copy of the Stipulation for the Court.

    Given the above, we respectfully request a one week extension to file the Stipulation by no later than November 18, 2016.

    We thank the Court for its attention to this matter.

                                Sincerely,
                                /s/
                                Luna Droubi, Esq.

cc:    Counsel of Record (via ECF)